1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue
      San Francisco, California  94102

7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234

8     Email: jeffrey.finigan@usdoj.gov

9

   Attorneys for the United States of America

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )   No: CR 10-0214 WHA
                                       )
16          Plaintiff,                 )
                                       )   STIPULATION AND [PROPOSED] ORDER
17          v.                         )   EXCLUDING TIME
                                       )
18  CUI JUAN DU,                       )
        a/k/a Keri Du,                 )
19      a/k/a Carrie Du,               )
                                       )
20          Defendant.                 )
                                       )
21  _____   )

22

23          The above-captioned matter came before the Court on May 25, 2010, for status.  The

24  defendant was represented by Paul DeMeester, and the government was represented by Jeffrey

25  Finigan, Assistant United States Attorney.  The matter was continued to June 15, 2010, at 2:00

26  p.m. for initial appearance in District Court.

27          The Court made findings on May 25, 2010, that the time from and including May 25,

28  2010, through and including June 15, 2010, should be excluded under the Speedy Trial Act, 18

1  U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the

2  best interest of the public and the defendant in a speedy trial.  The finding was based on the need

3  for the defendant to have reasonable time necessary for effective preparation and for continuity of

4  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

5        The parties hereby agree to and request that the case be continued until June 15, 2010,

6  and that the exclusion of time until then be granted.  The parties agree and stipulate that the

7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),

8  because the ends of justice served by this continuance outweigh the best interest of the public and

9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

10  prepare, taking into account the exercise of due diligence, and will provide for continuity of

11  counsel for the defendant.

12

13  DATED: May 25, 2010                                    /s/
                                                    _____
14                                                    PAUL F. DEMEESTER
                                                    Counsel for Defendant
15

16
17  DATED: May 25, 2010                                    /s/
                                                    _____
                                                    JEFFREY R. FINIGAN
18                                                    Assistant U.S. Attorney

19  So ordered.

20  DATED:

21      May 25, 2010.                          WILLIAM H. ALSUP
                                                    UNITED STATES DISTRICT COURT JUDGE

