JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: CR 10-0214 WHA |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| CUI JUAN DU, ) | |
|   a/k/a Keri Du, ) | |
|   a/k/a Carrie Du, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above-captioned matter came before the Court on June 15, 2010, for status.  The defendant was represented by Paul DeMeester, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to July 6, 2010, at 2:00 p.m.

The Court made findings on June 15, 2010, that the time from and including June 15, 2010, through and including July 6, 2010, should be excluded under the Speedy Trial Act, 18

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0214 WHA

1  U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the
2  best interest of the public and the defendant in a speedy trial.  The finding was based on the need
3  for the defendant to have reasonable time necessary for effective preparation and for continuity of
4  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

5        The parties hereby agree to and request that the case be continued until July 6, 2010, and
6  that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED: June 15, 2010                    /s/
                                          PAUL F. DEMEESTER
14                                        Counsel for Defendant

17 DATED: June 15, 2010                    /s/
                                          JEFFREY R. FINIGAN
                                          Assistant U.S. Attorney

19 So ordered.
20 DATED: June 17, 2010.
21                                        WILLIAM H. ALSUP
                                          UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0214 WHA                            2