1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,                    No. CR 10-0214 WHA

      Plaintiff,

           vs.

CUI JUAN DU,

      Defendant.

_____/

## **STIPULATION**

      Both parties hereby stipulate that the status conference in the above-mentioned action, currently scheduled for June 28, 2011, at 2 p.m. be continued to August 16, 2011, at 2 p.m. due to defense counsel being engaged in jury trial in Alameda County Superior Court.

DATED: June 27, 2011.

_____

Stipulation re 06/28/11Status Date

_____/s/_____                    _____/s/_____
PAUL F. DeMEESTER                    JEFFREY R.  FINIGAN
Attorney for Defendant               Assistant United States Attorney


SO ORDERED,


_____              Dated: June 27, 2011.
HON. WILLIAM ALSUP
U.S. DISTRICT COURT JUDGE

_____
Stipulation re 06/28/11Status Date